of the committee of the Irish Fair, and as thus modified affirmed, without costs of this appeal to either party.

In re BOARD OF EDUCATION. DENMAN v. HAMILTON et al. (Supreme Court, Appellate Division, First Department. November 11, 1898.) In the matter of the application of the board of education, etc., relative to acquiring title, etc. Action by Denman against Hamilton and others. No opinion. Motion to confirm report of referee granted, for the reasons stated in opinion of the referee, contained in his report. See 48 N. Y. Supp. 1061.

In re BOARD OF EDUCATION. In re THAYER et al. (Supreme Court, Appellate Division, First Department. May 19, 1899.) In the matter of the board of education. In the matter of Thayer & Brown. No opinion. Motion granted. See 57 N. Y. Supp. 1134.

BOARD OF EDUCATION OF UNION FREE DIST., NO. 1, Respondent, v. HENDERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by the board of education of the Union Free District No. 1, town of Randolph, against William R. Henderson. No opinion. Judgment affirmed, with costs.

BOLAND, Respondent, v. COOK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Mary A. Boland, as executrix, etc., against Caroline F. Cook. No opinion. Judgment and order affirmed, with costs.

BOWNS, Respondent, v. STEWART, Appellant. (City Court of New York, General Term. May 22, 1899.) Action by Henry E. Bowns against Samuel Stewart. There was judgment for plaintiff, from which defendant appeals. Affirmed. John H. Rogan, for appellant. Putney & Bishop, for respondent.

PER CURIAM. We have examined the case, and points submitted, and do not find any error committed. We therefore think the judgment should be affirmed, with costs.

BRONNER, Respondent, v. ROUSS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Emanuel Bronner against Charles B. Rouss. No opinion. Judgment affirmed, with costs.

BROWN, Plaintiff, v. HARMON, Defendant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Caroline J. Brown against Andrew L. Harmon. No opinion. Defendant's exceptions overruled, and motion for new trial denied, with costs, and judgment ordered for the plaintiff, with costs. See 51 N. Y. Supp. 820.

BROWN, Appellant, v. PERSONS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Andrew Brown against Henry H. Persons and another for an order revoking and canceling liquor-tax certificate No. 13,136, granted to George E. Weiland. No opinion. Order affirmed, with $10 costs and disbursements.

BURCH, Respondent, v. GARLIC, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Charles Burch against Frank Garlic. No opinion. Judgment affirmed, with costs.

BURLEIGH et al. v. SHEPARD & MORSE LUMBER CO. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Henry G. Burleigh and another against the Shepard & Morse Lumber Company. No opinion. Motion for a reargument denied. See 57 N. Y. Supp. 1135.

BURNHAM, Respondent, v. RAYMOND, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Hiram Burnham against Frank A. Raymond. No opinion. Judgment affirmed, with costs.

BURNS, Respondent, v. HELLINGER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by Edward Burns against Paul Hellinger, impleaded with others. H. Nathan, for appellants. G. L. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CALLADINE, Appellant, v. CITY OF NIAGARA FALLS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Thomas M. Calladine against the city of Niagara Falls and others. No opinion. Judgment affirmed, with costs. See 51 N. Y. Supp. 1139.

CARLL, Appellant, v. DOTY et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Severyn B. Carll against Agrippa M. Doty and Abram S. Humphrey. No opinion. Order affirmed, with $10 costs and disbursements.

In re CARNEY'S ESTATE. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) In the matter of the administration of the estate of Thomas Carney, deceased. No opinion. Decree of surrogate affirmed, with costs. All concur, except LANDON and HERRICK, JJ., dissenting.

CARSON, Appellant, v. CRAWFORD, Respondent. (Supreme Court, Appellate Division, Third Department. May 19, 1899.) Action by Jane Carson against Peter R. Crawford. No opinion. Order affirmed, with $10 costs and disbursements.

CHICAGO LUMBERING CO. OF MICHIGAN, Respondent, v. HARTMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by the Chicago Lumbering Company of Michigan against Adam Hartman. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 56 N. Y. Supp. 1105.